MICHAEL HOFFMAN, Bar No. 162496
ALEX CRAIGIE, Bar No. 167766
ARENA HOFFMAN LLP
220 Montgomery Street, Suite 905
San Francisco, CA  94104
Telephone:  415.433.1414
Facsimile:   415.520.0446
Email:
        mhoffman@arenahoffman.com
        acraigie@arenahoffman.com

Attorneys for Defendant
AUTOZONE WEST LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AUTOZONE WEST LLC, a Limited Liability Nevada Company; and DOES 1-10,<br><br>          Defendants. | Case No. 2:19-cv-10894-RGK (MRWx)<br><br>**ANSWER TO COMPLAINT** |

Defendant, AUTOZONE WEST LLC ("AutoZone" or "Defendant") answers the Complaint filed by Plaintiff SHAMAR WESLEY JACKSON ("Plaintiff") as follows:

## I.     PARTIES

1.     Answering paragraph 1 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 1 and, on this basis, denies the allegations of paragraph 1 of the Complaint.

2.     Answering paragraph 2 of the Complaint, Defendant admits the allegations of paragraph 2 of the Complaint.

3.     Answering paragraph 3 of the Complaint, Defendant admits the allegations of paragraph 3 of the Complaint.

4.     Answering paragraph 4 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 4 and, on this basis, denies the allegations of paragraph 4 of the Complaint.

5.     Answering paragraph 5 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 5 and, on this basis, denies the allegations of paragraph 5 of the Complaint.

6.     Answering paragraph 6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 6 and, on this basis, denies the allegations of paragraph 6 of the Complaint.

## II.     JURISDICTION & VENUE

7.     Answering paragraph 7 of the Complaint, Defendant denies any violation of the Americans with Disabilities Act of 1990. Defendant denies all remaining allegations of paragraph 7 of the Complaint.

8.     Answering paragraph 8 of the Complaint, Defendant denies any violation of California law. Defendant denies all remaining allegations of paragraph 8 of the Complaint.

9.     Answering paragraph 9 of the Complaint, Defendant admits the real property that is the subject of this action is located in this district. Defendant lacks sufficient information to admit or deny the remaining allegations of paragraph 9 and, on this basis, denies the remaining allegations of paragraph 9 of the Complaint.

## III.     FACTUAL ALLEGATIONS

10.     Answering paragraph 10 of the Complaint, Defendant admits the AutoZone store is a business establishment open to the public. Defendant denies all remaining allegations of paragraph 10 of the Complaint.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT                    2.                    Case No. 2:19-cv-10894-RGK (MRWx)

1      11.    Answering paragraph 11 of the Complaint, Defendant lacks sufficient
2  information to admit or deny the allegations of paragraph 11 and, on this basis, denies
3  the allegations of paragraph 11 of the Complaint.

4      12.    Answering paragraph 12 of the Complaint, Defendant lacks sufficient
5  information to admit or deny the allegations of paragraph 12 and, on this basis, denies
6  the allegations of paragraph 12 of the Complaint.

7      13.    Answering paragraph 13 of the Complaint, Defendant denies the
8  allegations of paragraph 13 of the Complaint.

9      14.    Answering paragraph 14 of the Complaint, Defendant denies the
10  allegations of paragraph 14 of the Complaint.

11      15.    Answering paragraph 15 of the Complaint, Defendant denies the
12  allegations of paragraph 15 of the Complaint.

13      16.    Answering paragraph 16 of the Complaint, Defendant denies the
14  allegations of paragraph 16 of the Complaint.

15      17.    Answering paragraph 17 of the Complaint, Defendant admits the
16  allegations of paragraph 17 of the Complaint.

17      18.    Answering paragraph 18 of the Complaint, Defendant denies the
18  allegations of paragraph 18 of the Complaint.

19      19.    Answering paragraph 19 of the Complaint, Defendant denies the
20  allegations of paragraph 19 of the Complaint.

21      20.    Answering paragraph 20 of the Complaint, Defendant denies the
22  allegations of paragraph 20 of the Complaint.

23      21.    Answering paragraph 21 of the Complaint, Defendant denies the
24  allegations of paragraph 21 of the Complaint.

25      22.    Answering paragraph 22 of the Complaint, Defendant denies the
26  allegations of paragraph 22 of the Complaint.

27      23.    Answering paragraph 23 of the Complaint, Defendant denies the
28  allegations of paragraph 23 of the Complaint.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

ANSWER TO COMPLAINT                    3.              Case No. 2:19-cv-10894-RGK (MRWx)

1      24.    Answering paragraph 24 of the Complaint, Defendant denies the

2   allegations of paragraph 24 of the Complaint.

3      25.    Answering paragraph 25 of the Complaint, Defendant denies the

4   allegations of paragraph 25 of the Complaint.

5      26.    Answering paragraph 26 of the Complaint, Defendant denies the

6   allegations of paragraph 26 of the Complaint.

7      27.    Answering paragraph 27 of the Complaint, Defendant denies the

8   allegations of paragraph 27 of the Complaint.

9      28.    Answering paragraph 28 of the Complaint, Defendant denies the

10   allegations of paragraph 28 of the Complaint.

11      29.    Answering paragraph 29 of the Complaint, Defendant denies the

12   allegations of paragraph 29 of the Complaint.

13      30.    Answering paragraph 30 of the Complaint, Defendant denies the

14   allegations of paragraph 30 of the Complaint.

15      31.    Answering paragraph 31 of the Complaint, Defendant denies the

16   allegations of paragraph 31 of the Complaint.

17      32.    Answering paragraph 32 of the Complaint, Defendant denies the

18   allegations of paragraph 32 of the Complaint.

19      33.    Answering paragraph 33 of the Complaint, Defendant denies the

20   allegations of paragraph 33 of the Complaint.

21      34.    Answering paragraph 34 of the Complaint, Defendant denies the

22   allegations of paragraph 34 of the Complaint.

23

24   **IV.   FIRST CAUSE OF ACTION: VIOLATION OF THE AMERICANS**

**WITH DISABILITIES ACT OF 1990**

25   **(42 U.S.C.  section 12101, et seq.)**

26   (Against All Defendants)

27      35.    Answering paragraph 35 of the Complaint, Defendant incorporates its

28

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT      4.      Case No. 2:19-cv-10894-RGK (MRWx)

responses to paragraphs 1-34 of the Complaint.

36.     Answering paragraph 36 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 36 of the Complaint.

37.     Answering paragraph 37 of the Complaint, Defendant denies the allegations of paragraph 37 of the Complaint.

38.     Answering paragraph 38 of the Complaint, Defendant denies the allegations of paragraph 38 of the Complaint.

39.     Answering paragraph 39 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 39 of the Complaint.

40.     Answering paragraph 40 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 40 of the Complaint.

41.     Answering paragraph 41 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 41 of the Complaint.

42.     Answering paragraph 42 of the Complaint, Defendant denies the allegations of paragraph 42 of the Complaint.

43.     Answering paragraph 43 of the Complaint, Defendant denies the allegations of paragraph 43 of the Complaint.

44.     Answering paragraph 44 of the Complaint, Defendant denies the allegations of paragraph 44 of the Complaint.

45.     Answering paragraph 45 of the Complaint, this paragraph simply asserts

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT                          5.                    Case No. 2:19-cv-10894-RGK (MRWx)

legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 45 of the Complaint.

46.     Answering paragraph 46 of the Complaint, Defendant denies the allegations of paragraph 46 of the Complaint.

47.     Answering paragraph 47 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 47 of the Complaint.

48.     Answering paragraph 48 of the Complaint, Defendant denies the allegations of paragraph 48 of the Complaint.

49.     Answering paragraph 49 of the Complaint, Defendant denies the allegations of paragraph 49 of the Complaint.

50.     Answering paragraph 50 of the Complaint, Defendant denies the allegations of paragraph 50 of the Complaint.

51.     Answering paragraph 51 of the Complaint, Defendant denies the allegations of paragraph 51 of the Complaint.

52.     Answering paragraph 52 of the Complaint, Defendant denies the allegations of paragraph 52 of the Complaint.

**V.     SECOND CAUSE OF ACTION: VIOLATION OF THE UNRUH ACT**

**(Cal. Civ. Code §51-53.)**

(Against All Defendants)

53.     Answering paragraph 53 of the Complaint, Defendant incorporates its responses to paragraphs 1-52 of the Complaint.

54.     Answering paragraph 54 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 54 of

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT                           6.                    Case No. 2:19-cv-10894-RGK (MRWx)

1    the Complaint.

2         55.    Answering paragraph 55 of the Complaint, this paragraph simply asserts

3    legal conclusions and does not require admission or denial. However, to the extent an

4    admission or denial is required, Defendant denies the allegations of paragraph 55 of

5    the Complaint.

6         56.    Answering paragraph 56 of the Complaint, this paragraph simply asserts

7    legal conclusions and does not require admission or denial. However, to the extent an

8    admission or denial is required, Defendant denies the allegations of paragraph 56 of

9    the Complaint.

10        57.    Answering paragraph 57 of the Complaint, this paragraph simply asserts

11   legal conclusions and does not require admission or denial. However, to the extent an

12   admission or denial is required, Defendant denies the allegations of paragraph 57 of

13   the Complaint.

14        58.    Answering paragraph 58 of the Complaint, Defendant denies the

15   allegations of paragraph 58 of the Complaint.

16        59.    Answering paragraph 59 of the Complaint, Defendant denies the

17   allegations of paragraph 59 of the Complaint.

18        60.    Answering paragraph 60 of the Complaint, Defendant denies the

19   allegations of paragraph 60 of the Complaint.

20        61.    Answering paragraph 61 of the Complaint, Defendant denies the

21   allegations of paragraph 61 of the Complaint.

22        62.    Answering paragraph 62 of the Complaint, Defendant denies the

23   allegations of paragraph 62 of the Complaint.

24                              **PRAYER FOR RELIEF**

25        63.    Answering the Prayer For Relief of the Complaint, Defendant denies

26   Plaintiff is entitled to injunctive relief, damages, attorney's fees or litigation expenses

27   or costs of suit.

28

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

ANSWER TO COMPLAINT                          7.                    Case No. 2:19-cv-10894-RGK (MRWx)

1

## AFFIRMATIVE AND OTHER DEFENSES

2  64.    For its affirmative and other defenses, AutoZone separately alleges that

3  each of the following defenses is likely to have evidentiary support after a reasonable

4  opportunity for further investigation or discovery:

5

## FIRST AFFIRMATIVE OR OTHER DEFENSE

6  65.    Plaintiff's Complaint and each and every purported cause of action

7  alleged therein fail to state facts sufficient to constitute a cause of action against

8  Defendant.

9

## SECOND AFFIRMATIVE OR OTHER DEFENSE

10  66.    Plaintiff has failed to exercise reasonable diligence to mitigate his

11  harm/damages (if any were in fact suffered, which is expressly denied) and, therefore,

12  he is barred from recovering any damages or any damages awarded should be reduced

13  accordingly.

14

## THIRD AFFIRMATIVE OR OTHER DEFENSE

15  67.    If Plaintiff suffered any harm/damages (which is expressly denied), said

16  harm/damages was proximately caused by the acts of third parties that are not

17  affiliated in any way with AutoZone.

18

## FOURTH AFFIRMATIVE OR OTHER DEFENSE

19  68.    Defendant alleges that Plaintiff lacks standing to assert or pursue the

20  claims alleged in his Complaint.

21

## FIFTH AFFIRMATIVE OR OTHER DEFENSE

22  69.    AutoZone alleges that making the modification(s) sought by Plaintiff

23  would fundamentally alter the nature of the facility or accommodation. 42 U.S.C. §

24  12182(b)(2)(A)(ii).

25

## SIXTH AFFIRMATIVE OR OTHER DEFENSE

26  70.    AutoZone alleges that the modification(s) sought by Plaintiff would be

27  technically infeasible.

28

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT                    8.                    Case No. 2:19-cv-10894-RGK (MRWx)

**SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

71.     AutoZone alleges that the modification(s) sought by Plaintiff would pose a significant risk to the health and safety of individuals with disabilities or others. 28 C.F.R. §36.304(d)(2).

**EIGHTH AFFIRMATIVE OR OTHER DEFENSE**

72.     AutoZone alleges that removal of the barrier(s) alleged in Plaintiff's Complaint is not readily achievable. 42 U.S.C. § 12182(b)(2)(A)(iv).

**NINTH AFFIRMATIVE OR OTHER DEFENSE**

73.     AutoZone alleges it utilized alternative methods to accommodate and make its facility accessible to individuals with disabilities. 42 U.S.C. § 12182(b)(2)(A)(iv).

**TENTH AFFIRMATIVE OR OTHER DEFENSE**

74.     AutoZone alleges that the requested modifications would impose an undue burden or hardship on AutoZone. 28 C.F.R. §36.303(a).

**ELEVENTH AFFIRMATIVE OR OTHER DEFENSE**

75.     All barriers were removed prior to both Plaintiff's visit to the Property identified in the Complaint and the filing of his Complaint. Plaintiff's action and each claim alleged therein are barred because they are moot.

**TWELFTH AFFIRMATIVE OR OTHER DEFENSE**

76.     Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of "unclean hands."

**THIRTEENTH AFFIRMATIVE OR OTHER DEFENSE**

77.     If Plaintiff suffered any harm/damages (which is expressly denied), said harm/damages was proximately caused by his own acts.

**FOURTEENTH AFFIRMATIVE OR OTHER DEFENSE**

78.     Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of estoppel.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

ANSWER TO COMPLAINT                              9.                    Case No. 2:19-cv-10894-RGK (MRWx)

**FIFTEENTH AFFIRMATIVE OR OTHER DEFENSE**

79.   Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of waiver.

**SIXTEENTH AFFIRMATIVE OR OTHER DEFENSE**

80.   Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of laches.

**SEVENTEENTH AFFIRMATIVE OR OTHER DEFENSE**

81.   AutoZone acted reasonably, lawfully, and in good faith at all times material herein based on all relevant facts and known circumstances.

**EIGHTEENTH AFFIRMATIVE OR OTHER DEFENSE**

82.   AutoZone alleges that Plaintiff suffered no damages as a result of any conduct alleged in the Complaint.

**NINETEENTH AFFIRMATIVE OR OTHER DEFENSE**

83.   AutoZone alleges that Plaintiff failed to provide notice to AutoZone and an opportunity to cure or remedy the alleged violations prior to filing his Complaint. Plaintiff should not be entitled to recover damages, penalties, attorney's fees or costs because he did not provide such notice and opportunity to cure conditions prior to filing his Complaint.

**TWENTIETH AFFIRMATIVE OR OTHER DEFENSE**

84.   The Complaint, and each purported claim alleged therein, fails to state a claim for attorneys' fees against AutoZone.

**TWENTY-FIRST AFFIRMATIVE OR OTHER DEFENSE**

85.   Plaintiff acquiesced to the alleged "barriers" because he did not take advantage of alternative means of accessibility and did not investigate whether such alternative means were available.

**TWENTY-SECOND AFFIRMATIVE OR OTHER DEFENSE**

86.   AutoZone is not required to alter the fundamental nature of its business. 28 C.F.R. §36.302(a).

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

ANSWER TO COMPLAINT                    10.                    Case No. 2:19-cv-10894-RGK (MRWx)

1

**TWENTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

2       87.     AutoZone is not required to make architectural modifications that are

3 structurally impractical. 42 U.S.C. §12183(a)(1); 28 C.F.R. §36.401(c); ADAAG

4 4.1.1(5)(a).

5

**TWENTY-FOURTH AFFIRMATIVE OR OTHER DEFENSE**

6       88.     Plaintiff failed to request reasonable accommodation or modifications to

7 the structure or facilities.

8

**TWENTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE**

9       89.     Plaintiff's complaint is vague, ambiguous, and uncertain in that Plaintiff

10 has pled no facts to show how any alleged barriers denied him access or deterred his

11 access. He merely makes the conclusory statement that there were "barriers" to

12 accessibility without offering how any specific barrier denied or deterred him access

13 based on his specific disability. *Chapman v. Pier 1 Imports (US) Inc.*, 631 F.3d 939

14 (9th Cir. 2011).

15

**TWENTY-SIXTH AFFIRMATIVE OR OTHER DEFENSE**

16       90.     Plaintiff's complaint fails to state a claim upon which injunctive relief

17 can be granted against AutoZone.

18

**TWENTY-SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

19       91.     Plaintiff lacks standing to assert claims for any relief as to any disability

20 access violation not actually encountered by him because he cannot show injury in

21 fact as to such alleged violations.

22

**TWENTY-EIGHTH AFFIRMATIVE OR OTHER DEFENSE**

23       92.     Plaintiff's complaint and each purported claim for relief alleged therein

24 are barred, in whole or in part, by the applicable statutes of limitations.

25

**TWENTY-NINTH AFFIRMATIVE OR OTHER DEFENSE**

26       93.     Plaintiff's complaint and each purported claim for relief therein are

27 barred because AutoZone fully performed all contractual, statutory and other duties

28 owed to Plaintiff under applicable law.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT          11.          Case No. 2:19-cv-10894-RGK (MRWx)

1

**THIRTIETH AFFIRMATIVE OR OTHER DEFENSE**

2  94. Plaintiff's complaint and each purported claim for relief alleged therein

3 are barred because, to the extent that Plaintiff alleges that AutoZone has obligations

4 under state or federal law to remove barriers at the subject property, the obligations

5 sought exceed the scope of the legislated authority.

6

**THIRTY-FIRST AFFIRMATIVE OR OTHER DEFENSE**

7  95. Plaintiff's complaint and each purported claim for relief alleged therein

8 are barred because local building authorities issued appropriate permits and

9 Certificates of Occupancy for the subject property, and AutoZone had a right to rely

10 on the issuance of the permits as establishing compliance with all applicable laws,

11 regulations, orders and approvals.

12

**THIRTY-SECOND AFFIRMATIVE OR OTHER DEFENSE**

13  96. Plaintiff is barred from obtaining relief under California Civil Code

14 Sections 51 *et seq.* because nothing therein may be construed to require any

15 construction, alteration, repair, structural or otherwise, or modification of any sort

16 whatsoever, to any existing establishment, facility, building, improvement or any

17 other structure.

18

**THIRTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

19  97. Plaintiff is barred from obtaining relief for discrimination under

20 California Code Sections 51 *et seq.* because AutoZone's conduct is applicable alike to

21 all persons.

22

**THIRTY-FOURTH AFFIRMATIVE OR OTHER DEFENSE**

23  98. Plaintiff's complaint and each purported claim for relief are barred

24 because Plaintiff has the same access to the subject facility as non-disabled persons.

25

**THIRTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE**

26  99. Plaintiff is not entitled to any injunctive or equitable relief because he has

27 adequate legal remedies.

28

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT     12.     Case No. 2:19-cv-10894-RGK (MRWx)

## THIRTY-SIXTH AFFIRMATIVE OR OTHER DEFENSE

100.   Plaintiff is not entitled to any injunctive or equitable relief because he has not and will not suffer irreparable harm or injury.

## THIRTY-SEVENTH AFFIRMATIVE OR OTHER DEFENSE

101.   Plaintiff's complaint and each purported claim for relief are barred to the extent AutoZone did not and does not own, operate, lease, maintain or have any responsibility for portions of the subject property that allegedly fail to comply with applicable law.

## THIRTY-EIGHTH AFFIRMATIVE OR OTHER DEFENSE

102.   The entire Complaint and each and every cause of action alleged therein is barred against AutoZone by California Government Code 4450. The subject property meets the structural access requirements outlined by the California State Architect.

## THIRTY-NINTH AFFIRMATIVE OR OTHER DEFENSE

103.   AutoZone alleges that, if it prevails in this action, AutoZone shall be entitled to recover its reasonable attorney's fees for the defense of this matter under the provisions of the ADA and California Civil Code §§ 51, 52, 54 and 55.

## FORTIETH AFFIRMATIVE OR OTHER DEFENSE

104.   The entire Complaint and each and every cause of action alleged therein, is barred, in whole or in part, against AutoZone because of Plaintiff's failure to name indispensable parties pursuant to FRCP Rule 19.

## FORTY-FIRST AFFIRMATIVE OR OTHER DEFENSE

105.   The entire Complaint and each and every cause of action alleged therein, is barred, in whole or in part, against AutoZone because any allegedly wrongful acts or omissions performed by AutoZone or its agents, if there were any, do not subject AutoZone to liability because AutoZone accommodated Plaintiff's alleged disability by providing services via alternative methods other than the removal of alleged architectural barriers.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

ANSWER TO COMPLAINT                13.                Case No. 2:19-cv-10894-RGK (MRWx)

1

**FORTY-SECOND AFFIRMATIVE OR OTHER DEFENSE**

2   106.   Plaintiff's state-law claims substantially predominate over Plaintiff's

3   ADA claim. The court lacks, or should decline to exercise supplemental jurisdiction

4   over Plaintiff's state-law claims. 28 U.S.C. section 1367(c).

5

**FORTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

6   107.   AutoZone reserves the right to amend or add additional affirmative or

7   other defenses that may later become known.

8   WHEREFORE, Defendant AutoZone West LLC prays for judgment as follows:

9   1.   That Plaintiff takes nothing by way of his Complaint;

10   2.   That the Complaint be dismissed in its entirety with prejudice;

11   3.   That Plaintiff is denied each and every demand and prayer for relief in

12   the action;

13   4.   For costs of suit incurred herein, including reasonable attorney's fees

14   pursuant to applicable law; and

15   5.   For such other and further relief as the Court deems just and proper.

16

17

18   Dated:  January 29, 2020

19                                          */S/ Alex Craigie*

20                                          MICHAEL HOFFMAN
                                            ALEX CRAIGIE

21                                          ARENA HOFFMAN LLP
                                            Attorneys for Defendant

22                                          AUTOZONE WEST, LLC

23

24

25

26

27

28

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

ANSWER TO COMPLAINT                    14.                    Case No. 2:19-cv-10894-RGK (MRWx)