ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SHAMAR JACKSON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUTOZONE WEST LLC, a Limited Liability Nevada Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10894-RGK-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　IT IS HEREBY STIPULATED by and between the Plaintiff Shamar Jackson on the one hand, and Defendant Autozone West LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Autozone West LLC, from Plaintiff's Complaint, Case Number 2:19-cv-10894-RGK-MRW. The parties herein reached settlement of the present action.

**IT IS SO STIPULATED.**

Dated: May 26, 2020         **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Shamar Jackson

Dated: May 26, 2020         **ARENA HOFFMAN LLP**

By: /s/Alex Craigie
    Alex Craigie, Esq.
    Attorneys for Defendant, Autozone West LLC