JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON, | Case No.: 2:19-cv-10894-RGK-MRW |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| AUTOZONE WEST LLC, a Limited Liability Nevada Company; and Does 1-10, | |
| Defendants. | Action Filed: December 26, 2019<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Autozone West LLC, a Limited Liability Nevada Company ("Defendant") is dismissed with prejudice.

Dated: May 27, 2020

*/s/ Gary Klausner*
Hon. R. Gary Klausner
Judge, United States Court
Central District of California

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE